**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**


**UNITED STATES OF AMERICA**

**v.**                                                      **Case Nos.    3:10cr53/MCR/CJK**
                                                                       **3:12cv447/MCR/CJK**

**CORDERRIUS TERRELLE HUNT**
_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 25, 2014.  (Doc. 80).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.     The motion to vacate, set aside, or correct sentence (doc. 62) is **DENIED**.

      3.     A certificate of appealability is **DENIED**.

      **DONE AND ORDERED** this 28th day of July, 2014.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**